## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| **ERNESTO VASQUEZ RAMOS** )<br><br>)<br>Petitioner, )<br><br>)<br>v. )<br><br>)<br>**LUIS SOTO,** Warden, Delaney Hall Detention )<br>Facility; **JOHN TSOUKARIS,** Director of Newark )<br>Field Office, U.S. Immigration and Customs )<br>Enforcement; **MARKWAYNE MULLIN,** )<br>Secretary of the U.S. Department of Homeland )<br>Security; **TODD BLANCHE,** Attorney General of )<br>the United States; and **TODD LYONS**, Director, )<br>Immigration and Customs Enforcement, in their )<br>official capacities, )<br><br>)<br>Respondents )<br>)  | **TEMPORARY**<br>**RESTRAINING ORDER** |

## ORDER

This matter having come before the Court on Petitioner's Motion for a Temporary Restraining Order, and the Court having reviewed the Motion, Memorandum of Law, and supporting papers, and for good cause shown;

1. Petitioner's Motion for a Temporary Restraining Order is GRANTED.

2. Granting an individualized bond hearing before an immigration judge who shall assess whether he presents a flight risk or a danger to the community, pursuant to 8 C.F.R. § 236.1(c)(8), (d)(1).

3. Pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651(a), RESPONDENTS are temporarily ENJOINED from transferring Petitioner out of the District of New Jersey, from transferring Petitioner from Delaney Hall Detention Facility, or from removing Petitioner from the United States, pending further Order of the Court.

9

4.  Respondents shall electronically file a full and complete Answer to Petitioner's Petition for Writ of Habeas Corpus, responding to all factual and legal allegations therein, within seven (7) days of the entry of this Order.

IT IS SO ORDERED:

DATED:  April 22, 2026 ,

Hon. Evelyn Padin
United States District Judge

10